Don C. Fletcher, Bar No. 012140
**LAKE & COBB, P.L.C.**
1095 W. Rio Salado Pkwy., Suite 206
Tempe, Arizona  85281
(602) 523-3000 office
(602) 523-3001 fax

*Attorneys for Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| BRUCE K. SCHMIDT and LINDA S. SCHMIDT, | Case No. 2:12-bk-18124-GBN |
| Reorganized Debtors. | **CERTIFICATE OF SERVICE AND RESOLVED OBJECTION BY UNITED STATES TRUSTEE** |

Bruce K. Schmidt and Linda S. Schmidt ("Reorganized Debtors"), by and through undersigned counsel, filed their *Motion for Entry of Final Decree and to Close Administrative Case* ("Motion") [DE 57] on May 31, 2013.  The *Notice of Filing Motion for Entry of Final Decree and to Close Administrative Case* ("Notice") [DE 58] was sent to all interested parties on May 31, 2013, as evidenced by the *Affidavit of Mailing* filed with the Court on June 3, 2013 [DE 59].  The Notice indicated that any person wanting to respond to the Request shall file a written response on or before fourteen (14) days from the date of service of the Notice on May 31, 2013.  The time to respond has now expired since the mailing of the Notice.

The United States Trustee was allowed the 30 days required by the Bankruptcy Court instructions.  United States Trustee's Objection to Debtors' Motion for Entry of Final Decree and to Close Administrative Case [DE #60] has been resolved by adding approved language to

1 the proposed form of Order. Counsel for United States Trustee has approved the proposed
2 form of Order that has been uploaded to the Court.

3 No other objections or responses to the Motion have been received by the undersigned
4 or appear on the Court's docket.

5 WHEREFORE, based on the foregoing, the undersigned, on behalf of the Reorganized
6 Debtors, respectfully requests that this Court enter the proposed *Order Granting Motion for*
7 *Entry of Final Decree and to Close Administrative Case* ("Order") attached hereto.

8 RESPECTFULLY submitted this 26th day of June, 2013.

**LAKE AND COBB, PLC**

/s/ Don C. Fletcher / 012140
Don C. Fletcher
*Attorneys for Disbursing Committee*

13 Electronically filed this 26th day
of June, 2013, and COPIES
14 mailed this 26th day of June, 2013, to:

16 Patty Chan
Office of the United States Trustee
17 230 North First Avenue, Suite 204
Phoenix, AZ 85003
18 *Counsel for United States Trustee*

20 By: /s/ Jamie Holland

**LAKE & COBB, P.L.C.**
1095 W. Rio Salado Pkwy., Ste. 206
Tempe, AZ 85281